UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1220-CAS(JEMx) | Date | January 11, 2011 |
|---|---|---|---|
| Title | *PSA GROUP, LLC v. NATIONS TRANSACTION SERVICES, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of the Declaration of Kerry A Renn Re: Order to Show Cause Why Defendant Dan Jackson Should Not Be Dismissed for Lack of Prosecution filed December 20, 2010. The Court hereby allows service by publication on defendant DAN JACKSON, forthwith.

**THEREFORE, IT IS HEREBY ORDERED** that the Court extends its Order to Show Cause and **PLAINTIFF** shall show cause in writing not later than **February 28, 2011** why this action should not be dismissed for lack of prosecution **as to defendant DAN JACKSON, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     A proof of service of summons on first amended complaint and first amended complaint on **defendant DAN JACKSON**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

                                                                                            00     :     00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1220-CAS(JEMx) | Date | January 11, 2011 |
|---|---|---|---|
| Title | *PSA GROUP, LLC v. NATIONS TRANSACTION SERVICES, INC.; ET AL.* | | |

|  | Initials of Preparer | CMJ |
|---|---|---|